UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
YOVANNY DOMINGUEZ,  :
                Plaintiff,  :
                :
      -against-  :
                :
TACO BELL CORP.,  :
                :
                Defendant.  :
------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/16/2019

19 Civ. 10172 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the affidavit of service at Dkt. No. 6 requires Defendant to respond to the Complaint by December 11, 2019. Defendant has not timely responded or otherwise appeared. It is hereby

**ORDERED** that, if Plaintiff is in communication with Defendant, the parties shall file the joint letter and proposed case management plan, in accordance with Dkt. No. 5, by **January 7, 2020**. If Plaintiff is *not* in communication with Defendant, then Plaintiff shall file a letter by **January 7, 2020**: (1) requesting adjournment of the initial pretrial conference and (2) advising whether it will move for default judgment against Defendant.

Dated: December 16, 2019
       New York, New York

                                        LORNA G. SCHOFIELD
                                      UNITED STATES DISTRICT JUDGE