```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
YOVANNY DOMINGUEZ,                                          :
                                    Plaintiff,              :
                                                            :         19 Civ. 10172 (LGS)
              -against-                                     :
                                                            :              ORDER
TACO BELL CORP.,                                            :
                                                            :
                                    Defendant.              :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/29/2020

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the initial pretrial conference is scheduled for February 4, 2020. The parties' joint letter and proposed case management plan ("CMP") were due one week before the conference, or by yesterday, January 28, 2020;

WHEREAS, the parties filed only a joint letter on January 7, 2020, but no proposed CMP. Defendant also filed a pre-motion to dismiss letter on January 24, 2020, and Plaintiff responded on January 24, 2020. It is hereby

**ORDERED** that the parties shall file a proposed CMP as soon as possible and no later than today, **January 29, 2020**. The parties are advised that Defendant's proposed motion to dismiss will be discussed at the February 4, 2020, conference.

Dated: January 29, 2020
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE