UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
YOVANNY DOMINGUEZ                                            :
                                    Plaintiff               :   19 Civ. 10172 (LGS)
                                                             :
            -against-                                        :   ORDER
                                                             :
TACO BELL CORP.                                              :
                                    Defendant.              :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, on June 17, 2020, the Court issued an Opinion & Order granting Defendant's motion to dismiss the First Amended Complaint. ECF 50;

    WHEREAS, the June 17, 2020, Opinion & Order stated that "Plaintiff may seek leave to replead within 14 days of the date of this Opinion." *Id*. It further stated that "[i]f Plaintiff does not timely file" a letter requesting to replead, "the Court will enter final judgment of dismissal and direct the Clerk of Court to close this case." *Id*.;

    WHEREAS, the fourteen-day deadline has passed and Plaintiff has not sought leave to replead. It is hereby

    **ORDERED** that this case is dismissed. The Clerk of Court is directed to enter judgment in favor of Defendant and to close this case.

Dated: July 6, 2020
       New York, New York

                                                          **LORNA G. SCHOFIELD**
                                                    **UNITED STATES DISTRICT JUDGE**