# THE MARKS LAW FIRM, P.C.

September 21, 2022

**Via ECF:**
USDC/SDNY
40 Foley Square
New York, NY 10007

          RE:    **Yovanny Dominguez v. Taco Bell Corp.**
                  Index: 1:19-cv-10172-LGS

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Dear Sir or Madam:

     The undersigned counsel represents Plaintiff, Yovanny Dominguez, in the above referenced matter. This letter notice is being filed pursuant to Federal Rule 41(a)(1)(A)(i) Dismissal of Actions **without** prejudice against **Taco Bell Corp.**, since no party has answered or otherwise moved for summary judgement in this action.

                                               Respectfully Submitted,

                                               The Marks Law Firm, P.C.

                                  By:_____
                                         Bradly G. Marks

155 East 55th Street, Suite 6A, New York, New York 10022
T: (646) 770 – 3775, F: (646) 867 – 2639, brad@markslawpc.com
www.markslawpc.com